# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| IN RE: | } | Case Number: 18-18498-RBR |
| | } | |
| OGHI, LLC | } | JUDGE: Raymond B. Ray |
| | } | |
| Debtor. | } | CHAPTER 11 |

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM DECEMBER 1, 2018 TO DECEMBER 20, 2018

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_/s/ Bradley S. Shraiberg_
*Attorney for Debtor's Signature*

Debtor's Address
and Phone Number:

OGHI, LLC

4601 N. Federal Highway

Pompano Beach, FL 33064

Attorney's Address
and Phone Number:

Shraiberg, Landau & Page, PA

2385 NW Executive Center Drive, #300

Boca Raton, Florida 33431

Office Main Line: (561) 443-0800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report.
2) Initial Filing Requirements.
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS & DISBURSEMENTS
### FOR THE PERIOD BEGINNING DECEMBER 1, 2018 AND ENDING DECEMBER 20, 2018

Name of Debtor: OGHI, LLC

Date of Petition: July 13, 2018

Case Number: 18-18498-RBR

| | CURRENT MONTH | CUMULATIVE PETITION TO |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $     23,535.27 (a) | $     56,620.18 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | $     74,543.48 | $     639,591.37 |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | 74,543.48 | 639,591.37 |
| B. Accounts Receivables | | |
| C. Other Receipts (See MOR-3 ) (must attach a rent roll) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 74,543.48 | 639,591.37 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $     98,078.75 | 696,211.55 |
| | | |
| 5. DISBURSEMENTS | | |
| A. Advertising | | 500.00 |
| B. Bank Charges | 93.59 | 648.37 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | - | - |
| E. Insurance | 4,268.92 | 29,397.99 |
| F. Inventory Payments (See Attach. 2) | - | - |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | 333.98 | 843.43 |
| J. Payroll - Net (See Attachment 4B) | 17,187.36 | 197,969.78 |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | 21,200.00 | 187,110.39 |
| M. Repairs & Maintenance | | |
| N. Secured Creditors Payments (See Attach. 2) | - | - |
| O. Taxes Paid - Payroll (See Attachment 4C) | - | - |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | 5,558.51 | 53,023.18 |
| Q. Taxes Paid - Other (See Attachment 4C) | | 12,000.00 |
| R. Telephone | | |
| S. Travel & Entertainment | - | 1,625.00 |
| T. U.S. Trustee Quarterly Fees | | |
| U. Utilities | 11,494.26 | 87,181.55 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | 13,739.74 | 101,709.47 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 73,876.36 | 672,009.16 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $     24,202.39 (c) | 24,202.39 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __8__ day of __Jan__, 2018. 9



(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

Monthly Operating Report                    Unaudited                    9:44 AM, 1/9/2019

**MONTHLY SCHEDULE OF RECEIPTS & DISBURSEMENTS**
**FOR THE PERIOD BEGINNING DECEMBER 1, 2018 AND ENDING DECEMBER 20, 2018**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | - | - |
| | - | - |
| **TOTAL OTHER RECEIPTS** | $ - | $ - |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| $ - | | | |
| $ - | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Glacier Beer | 1,762.60 | 7,951.45 |
| Glacier Business Expense | | 74.51 |
| Glacier Gifts And Donations | | 94.13 |
| Glacier Ice Cream | 480.00 | 3,358.61 |
| Glacier Alarm Monitoring | 535.46 | 763.44 |
| Glacier Propane | 392.26 | 2,332.68 |
| Glacier Skate Sharpening | 908.75 | 5,145.50 |
| Glacier Snack Bar Beverage | 951.86 | 10,004.24 |
| Glacier Bistro/Snack Bar Food | 4,007.40 | 15,152.38 |
| Glacier Hockey Equip | | 459.90 |
| OGH Food and Beverage | | 537.79 |
| [CREDIT CARD XX0560] | | 3,000.00 |
| Glacier Pest Control | | 365.07 |
| Glacier Repairs | 267.58 | 7,980.02 |
| Glacier Pro Shop AQP | | 4,340.43 |
| Glacier Referees | | 805.00 |
| Glacier Rental Skates | | |
| Glacier Supplies Party City | 6.34 | 102.61 |
| Glacier Supplies Becker Arena | | |
| lacier CC Fees | 1,941.83 | 10,884.88 |
| Glacier Wristbands | 237.27 | 474.54 |
| Glacier Zamboni Operation | 119.76 | 1,447.99 |
| Glacier Zamboni Parts | | 1,521.99 |
| Glacier Reimbursements | 127.82 | 977.11 |
| Learn to Skate | | 3,624.42 |
| Glacier Misc. | 2,000.81 | 21,224.32 |
| **TOTAL OTHER DISBURSEMENTS** | $ 13,739.74 | $ 102,623.01 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement**

**ATTACHMENT 1**
**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018                    Period Ending: 12/20/2018

ACCOUNTS RECEIVABLE AT PETITION DATE

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | |
|---|---:|
| **Beginning of Month Balance** | |
| PLUS: Current Month New Billings | |
| MINUS: Collection During the Month | |
| PLUS/MINUS: Adjustments or Writeoffs | - |
| **End of Month Balance** | $          - |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|:---:|:---:|:---:|:---:|:---:|
| $          - | $          - | $          - | $          - | $          - |

**For any receivables in the "Over 90 Days" category, please provide the following:**

| Customer | Receivable Date | Status* |
|---|---|---|
| | | |

* Collection efforts taken, estimate of collectability, write-off, disputed account, etc.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018                    Period Ending: 12/20/2018

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition.</u>  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 7/29/2018 | 120 | Trane | Compressor Repair | $ 2,079.00 |
| 8/31/2018 | 120 | GC Lock & Smith | Lock Repairs | $ 1,283.12 |
| 8/31/2018 | 90 | Winner's Circle | Advertisement | $ 1,150.00 |
| 8/30/2018 | 12,090 | New EnglandSports Sa | Skate Sharpening | $ 465.38 |
| 9/1/2018 | 90 | Jackson Ultima Skates | Rental Skates | $ 6,155.04 |
| 8/29/2018 | 90 | Innovative Apparel | Hockey Jerseys | $ 5,495.04 |
| 8/30/18 | 90 | AQP Enterprises | Pro Shop | 17,229.34 |
| **TOTAL AMOUNT** | | | | **$ 33,856.92** (b) |

| ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only) | | |
|---|---|---|
| **Opening Balance** | $ 37,438.22 | **(a)** |
| PLUS: New Indebtedness Incurred This Month | 19,973.92 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | | |
| PLUS/MINUS: Adjustments | - | * |
| **Ending Month Balance** | **$ 94,895.36** | **(c)** |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payment to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior or completing this section

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | $ - | - | - |
| | | - | - | - |
| | | - | - | - |
| | | - | - | - |
| **TOTAL** | | **$ -** (d) | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.

(b, c) The total of line (b) must equal line (c)

(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

**Name of Debtor: OGHI, LLC**                          **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018                   Period Ending: 12/20/2018

### INVENTORY REPORT

| | | | |
|---|---|---|---|
| INVENTORY BALANCE AT PETITION DATE | $ | 27,490.00 | |
| INVENTORY RECONCILIATION: | | | |
| **Inventory Balance at Beginning of Month** | $ | 27,490.00 | **(a)** |
| PLUS: Inventory Purchased During Month | | - | |
| MINUS: Inventory Used or Sold | | - | |
| PLUS/MINUS: Adjustments or Writeoffs | | - | * |
| **Inventory on Hand at End of Month** | **$** | **27,490.00** | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total | |
|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | 0.0% | * |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

| | | | |
|---|---|---|---|
| FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE | $ | 140,055.00 | **(b)** |

*(Includes Property, Plant and Equipment)*

BRIEF DESCRIPTION (First Report Only): _____ Real Property, Vinyl, Carpet, Appliances, Granite Countertops
(as described in the Debtor's schedules)

| | | | |
|---|---|---|---|
| FIXED ASSETS RECONCILIATION: | | | |
| Fixed Asset Book Value at Beginning of Month | $ | 167,545.00 | **(a), (b)** |
| MINUS:  Depreciation Expense | | - | |
| PLUS:  New Purchases | | - | |
| PLUS/MINUS: Adjustments or Write-downs | | - | * |
| **Ending Monthly Balance** | **$** | **167,545.00** | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets
minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**
**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018                    Period Ending: 12/20/2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.


**NAME OF BANK:**  Chase                    **BRANCH:**

**ACCOUNT NAME:** OGHI LLC                    **ACCOUNT #:**    XXXXX7870

**PURPOSE OF ACCOUNT: OPERATING**

|  |  | N/A |
|---|---|---|
| Ending Balance per Bank Statement | $   24,202.39 | |
| Plus Total Amount of Outstanding Deposits | - | |
| Minus Total Amount of Outstanding Checks and other debits | | * |
| Minus Service Charges | - | |
| **Ending Balance per Check Register** | **$   24,202.39** | **, (a) |


\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:


**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)


| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |



**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

|  |  |  |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**
**CHECK REGISTER - OPERATING ACCOUNT**

**Name of Debtor: OGHI, LLC**              **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018              Period Ending: 12/20/2018

**NAME OF BAN** Chase              **BRANCH:**

**ACCOUNT NA** OGHI LLC              **ACCOUNT #:**              XXXXX7870

**PURPOSE OF ACCOUNT: OPERATING**

 Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
| 12/03/2019 | 1200 | Popping West Inc. | Ice Cream | 480.00 |
| 12/03/2019 | 1201 | Double Eagle Distributing | Beer | 281.00 |
| 12/03/2019 | 1202 | Double Eagle Distributing | Beer | 401.40 |
| 12/03/2019 | 1203 | Gold  Coast Distributing | Beer | 1,080.20 |
| 12/03/2019 | 1204 | Bob Diamond | Skate Sharpening | 282.50 |
| 12/06/2019 | 1205 | Coca Cola | Snack Bar Beverage | 488.02 |
| 12/06/2019 | 1206 | WBS Wristbands | Wristbads | 237.27 |
| 12/12/2019 | 1207 | US Trustee | Chapter 11 Fees | 325.00 |
| 12/12/2019 | 1208 | All Star Arenas | Skate Sharpening | 83.33 |
| 12/10/2019 | 1209 | ASCAP | Music | 81.00 |
| 12/20/2019 | 1210 | Angela Adwahi | Holiday Show Supplies | 410.81 |
| 12/10/2019 | 1211 | Bob Diamond | Skate Sharpening | 405.25 |
| 12/13/2019 | 1212 | Bob's Saw Sharpening | Zamboni Operation | 119.76 |
| 12/13/2019 | 1214 | Coca Cola | Snack Bar Beverage | 463.84 |
| 12/14/2019 | 1215 | Enviromaster | Supplies | 239.90 |
| 12/13/2019 | 1216 | John Diamond | Reimbursement | 127.82 |
| 12/17/2019 | 1217 | Gold  Coast Distributing | Beer | 259.00 |
| 12/17/2019 | 1218 | Bob Diamond | Skate Sharpening | 221.00 |

TOTAL AMOUNT:              5,987.10

### ATTACHMENT 4B
### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018                    Period Ending: 12/20/2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

**NAME OF BANK:**                                **BRANCH:**

**ACCOUNT NAME:**                                **ACCOUNT #:**

**PURPOSE OF ACCOUNT: PAYROLL**

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits |  | - |
| Minus Total Amount of Outstanding Checks and other debits |  | - * |
| Minus Service Charges |  | - |
| **Ending Balance per Check Register** | $ | - **, (a) |

\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  | See Checking Account for Payroll Activity |  |  |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Account Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts
    and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018               Period Ending: 12/20/2018

**NAME OF BANK:**                                **BRANCH:**                    0

**ACCOUNT NAME:**                                **ACCOUNT #:**                 0

**PURPOSE OF ACCOUNT: PAYROLL**

 Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
|      |             |       |         | $    - |
|      |             |       |         |      - |
|      |             |       |         |      - |
|      |             | See Checking Account for Payroll Activity | |      - |
|      |             |       |         |      - |
|      |             |       |         |      - |
|      |             |       |         |      - |
|      |             |       |         |      - |
| **TOTAL AMOUNT** |  |  |  | **$    -** |

**ATTACHMENT 4C**
**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018              Period Ending: 12/20/2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

**NAME OF BANK:**                               **BRANCH:**

**ACCOUNT NAME:**                               **ACCOUNT #:**

**PURPOSE OF ACCOUNT: TAX**

|  |  |  |  |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | - | |
| Plus Total Amount of Outstanding Deposits | | - | |
| Minus Total Amount of Outstanding Checks and other debits | | - | * |
| Minus Service Charges | | - | |
| **Ending Balance per Check Register** | $ | - | **, (a) |

\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | See Checking Account for Payroll Activity | | |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Account Disbursement |
|---|---|---|---|---|
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**
**CHECK REGISTER - PAYROLL ACCOUNT**

**Name of Debtor: OGHI, LLC**                          **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018                     Period Ending: 12/20/2018

**NAME OF BANK:** Chase                                  **BRANCH:**

**ACCOUNT NAME:** OGHI LLC                              **ACCOUNT #:**        XXXXX7870

**PURPOSE OF ACCOUNT: PAYROLL**

 Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

http://www.usdoj.gov/ust.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
|  |  |  |  | $         17,187.36 |
|  | See attached payroll account summary. |  |  | - |
|  |  |  |  | - |
|  |  |  |  | - |
| **TOTAL AMOUNT** |  |  |  | **$      17,187.36**  **(d)** |

**SUMMARY OF TAXES PAID**

| | | |
|---|---|---|
| Payroll Taxes Paid | $              - | **(a)** |
| Sales & Use Taxes Paid | 5,558.51 | **(b)** |
| State Taxes Paid |  | **(c)** |
| **TOTAL** | **$        5,558.51** | **(d)** |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

**PAYCHEX**

# INVOICE - WIRE TRANSFER REQUIRED

Paychex of New York LLC
3860 Colonial Blvd Suite 100
Fort Myers FL  33966

Client #  0903 1707-9027
Invoice #  2018121101

**WIRE AMOUNT $17,187.36**

You must initiate a wire transfer for the total
amount due by 12/12/18.

ADDRESS SERVICE REQUESTED

XXXXX7870

0903 1707-9027
Glacier Ice & Snow Arena
4601 N Federal Hwy
Pompano Beach, Florida  33064-6510

For questions regarding your account, please call (800) 860-5765 or your Human Resources Representative.          Page 1 of 1

| ACCOUNT SUMMARY | AMOUNT |
|---|---|
| Previous Balance on Invoice#2018112701 Due 11/28/18 | 17,384.20 |
| Payment Received - Thank You | -17,384.20 |
| Balance Forward | 0.00 |
| Total New Charges | 17,187.36 |
| **Account Balance** (Includes Balance Forward, New Charges, and Pending Automatic Payments) | **17,187.36** |

| CHECK DATE | DESCRIPTION OF SERVICE | QUANTITY | AMOUNT |
|---|---|---|---|
| | NEW CHARGES | | |
| 12/14/18 | Administration Fees | 24 | 1,014.88 |
| | Paychex HR Solutions - Administrative Service (Active Employees) | | 731.41 |
| | Subtotal | | |
| | Payroll Amounts | | 972.07 |
| | Employee Soc Sec & Medicare | | 798.26 |
| | Employee Fed Income Tax | | 972.10 |
| | Employer Soc Sec & Medicare | | 22.31 |
| | Employer Fed Unemployment | | 3.71 |
| | Employer State Unemployment | | 10.00 |
| | Paychex Employee 401k Contributions | | 13,666.50 |
| | Net Pay - Check and Dir Dep Amounts | | 16,444.95 |
| | Subtotal | | |
| | Other Amounts | 1 | 11.00 |
| | Delivery | | 11.00 |
| | Subtotal | | |
| | Client Discount | | -283.47 |
| | | | 17,187.36 |
| | Total New Charges | | **17,187.36** |
| | **Amount You Must Wire** | | |

Scanned by CamScanner

**ATTACHMENT 4D**
**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | $            - | $            - | | $            - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| **TOTAL** | | | | $            -  **(a)** |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Amount of Box/ Location | *(Column 2)* Maximum Amount of Cash in Drawer/ Acct. | *(Column 3)* Amount of Cash on Hand at End of Month | *(Column 4)* Difference Between Column 2 and Column 3 |
|---|---|---|---|
| | $            - | $            - | $            - |
| | - | - | - |
| | - | - | - |
| **TOTAL** | | $            -  **(b)** | |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation:

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**          $            -  **(c)**

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**
**MONTHLY TAX REPORT**

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018                Period Ending: 12/20/2018

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | $          - | | |
| | | | - | | |
| | | | - | | |
| | | | - | | |
| **TOTAL** | | | $          - | | |

**ATTACHMENT 7**
**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018                    Period Ending: 12/20/2018

 Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer of Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | $          - |
| | | | - |
| | | | - |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 18 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 18 | 0 |

**CONFIRMATION OF INSURANCE**

 List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/ or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| BB Insurance | 954-226-9740 | UKP57496 | Property | 2/15/19 | 2/14/20 |
| BB Insurance | 954-226-9740 | PHPK1841501 | Liability | 8/15/19 | 8/14/20 |
| BB Insurance | 954-226-9740 | PHUB635584 | Umbrella | 8/15/19 | 8/14/20 |
| BB Insurance | 954-226-9740 | 5A974767 BME1 | Boiler & Machinery | 8/15/19 | 8/14/20 |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8
## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

**Name of Debtor: OGHI, LLC**                    **Case Number: 18-18498-RBR**

Report Period Beginning: 12/1/2018              Period Ending: 12/20/2018

 Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.


No significant events.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 01, 2018 through December 31, 2018

Account Number: ████████7870

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00029047 DRE 021 210 00419 NNNNNNNNNNN  1 000000000 Z9 0000

OGHI LLC.
4601 N FEDERAL HWY
POMPANO BEACH FL 33064-6510



**We are clarifying the fee for incoming wires**

On March 17, 2019, we're updating the document explaining our Additional Banking Services and Fees to clarify that the fee for an incoming wire is $0 if it is sent from another Chase account with the help of a Chase banker or through chase.com or the Chase Mobile® app.

As a reminder, our standard fee to receive a wire is $15, however, some of our products do not charge this fee.

Please call the number on this statement if you have any questions.

## CHECKING SUMMARY    Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$23,535.27** |
| Deposits and Additions | 89 | 115,717.18 |
| Checks Paid | 24 | -8,442.38 |
| ATM & Debit Card Withdrawals | 28 | -4,876.78 |
| Electronic Withdrawals | 29 | -112,943.90 |
| Fees | 1 | -93.59 |
| **Ending Balance** | **171** | **$12,895.80** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | Paymentech    Deposit    5996996    CCD ID: 1020401225 | $4,821.95 |
| 12/03 | Paymentech    Deposit    5996996    CCD ID: 1020401225 | 2,250.22 |
| 12/03 | Paymentech    Deposit    5996996    CCD ID: 1020401225 | 1,304.07 |
| 12/03 | American Express Settlement 2097782965    CCD ID: 1134992250 | 227.00 |
| 12/04 | Deposit | 1,306.75 |
| 12/04 | Deposit | 1,248.13 |
| 12/04 | Deposit | 1,188.27 |
| 12/04 | Deposit | 506.86 |
| 12/04 | Paymentech    Deposit    5996996    CCD ID: 1020401225 | 1,844.90 |
| 12/04 | American Express Settlement 2097782965    CCD ID: 1134992250 | 99.96 |
| 12/05 | Deposit | 1,897.49 |



December 01, 2018 through December 31, 2018

Account Number: ███████7870

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 943.90 |
| 12/06 | Deposit | 353.50 |
| 12/06 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 944.59 |
| 12/06 | American Express Settlement 2097782965        CCD ID: 1134992250 | 242.28 |
| 12/07 | Deposit | 749.25 |
| 12/07 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 1,377.20 |
| 12/07 | American Express Settlement 2097782965        CCD ID: 1134992250 | 143.90 |
| 12/10 | Deposit | 1,382.44 |
| 12/10 | Deposit | 1,247.61 |
| 12/10 | Deposit | 1,014.32 |
| 12/10 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 3,466.48 |
| 12/10 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 1,604.72 |
| 12/10 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 1,362.00 |
| 12/10 | American Express Settlement 2097782965        CCD ID: 1134992250 | 299.54 |
| 12/10 | American Express Settlement 2097782965        CCD ID: 1134992250 | 123.68 |
| 12/11 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 2,464.08 |
| 12/11 | American Express Settlement 2097782965        CCD ID: 1134992250 | 650.70 |
| 12/12 | Deposit | 5,500.00 |
| 12/12 | Deposit | 1,137.26 |
| 12/12 | Deposit | 615.88 |
| 12/12 | Deposit | 85.15 |
| 12/12 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 1,644.31 |
| 12/12 | American Express Settlement 2097782965        CCD ID: 1134992250 | 176.26 |
| 12/13 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 1,326.22 |
| 12/13 | Reversal of Check        1207 | 325.00 |
| 12/13 | American Express Settlement 2097782965        CCD ID: 1134992250 | 219.91 |
| 12/14 | Deposit | 730.90 |
| 12/14 | Deposit | 489.12 |
| 12/14 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 7,626.39 |
| 12/14 | American Express Settlement 2097782965        CCD ID: 1134992250 | 144.81 |
| 12/17 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 2,490.27 |
| 12/17 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 2,488.91 |
| 12/17 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 1,067.98 |
| 12/17 | Paychex Eib      Invoice    X79650500000014 CCD ID: 3161124166 | 892.18 |
| 12/17 | American Express Settlement 2097782965        CCD ID: 1134992250 | 249.73 |
| 12/17 | American Express Settlement 2097782965        CCD ID: 1134992250 | 79.07 |
| 12/18 | Deposit | 1,744.90 |
| 12/18 | Deposit | 1,102.28 |
| 12/18 | Deposit | 725.88 |
| 12/18 | Deposit | 595.00 |
| 12/18 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 2,059.77 |
| 12/18 | American Express Settlement 2097782965        CCD ID: 1134992250 | 239.25 |
| 12/19 | Deposit | 1,080.70 |
| 12/19 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 1,177.97 |
| 12/19 | American Express Settlement 2097782965        CCD ID: 1134992250 | 110.97 |
| 12/20 | Deposit | 1,212.40 |
| 12/20 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 2,032.21 |
| 12/20 | American Express Settlement 2097782965        CCD ID: 1134992250 | 107.01 |
| 12/21 | Paymentech      Deposit    5996996        CCD ID: 1020401225 | 1,019.98 |
| 12/21 | American Express Settlement 2097782965        CCD ID: 1134992250 | 224.51 |
| 12/24 | Deposit | 1,638.10 |



December 01, 2018 through December 31, 2018
Account Number: ███████7870

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/24 | Deposit | 1,287.24 |
| 12/24 | Deposit | 1,199.86 |
| 12/24 | Deposit | 655.59 |
| 12/24 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 3,096.54 |
| 12/24 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 2,119.71 |
| 12/24 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 2,018.43 |
| 12/24 | American Express Settlement 2097782965     CCD ID: 1134992250 | 551.64 |
| 12/24 | American Express Settlement 2097782965     CCD ID: 1134992250 | 30.00 |
| 12/26 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 1,337.47 |
| 12/26 | American Express Settlement 2097782965     CCD ID: 1134992250 | 376.91 |
| 12/26 | American Express Settlement 2097782965     CCD ID: 1134992250 | 282.66 |
| 12/26 | Reversal of Check     1223 | 179.00 |
| 12/27 | Deposit | 1,642.12 |
| 12/27 | Deposit | 754.43 |
| 12/27 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 1,553.42 |
| 12/27 | American Express Settlement 2097782965     CCD ID: 1134992250 | 91.98 |
| 12/28 | Deposit | 1,412.38 |
| 12/28 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 1,941.05 |
| 12/28 | American Express Settlement 2097782965     CCD ID: 1134992250 | 197.45 |
| 12/31 | Deposit | 2,974.93 |
| 12/31 | Deposit | 2,574.73 |
| 12/31 | Deposit | 1,787.86 |
| 12/31 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 3,787.49 |
| 12/31 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 2,913.84 |
| 12/31 | Paymentech     Deposit     5996996     CCD ID: 1020401225 | 2,076.15 |
| 12/31 | American Express Settlement 2097782965     CCD ID: 1134992250 | 906.17 |
| 12/31 | American Express Settlement 2097782965     CCD ID: 1134992250 | 542.06 |
| **Total Deposits and Additions** | | **$115,717.18** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1200 ^ | | 12/03 | $480.00 |
| 1201 ^ | | 12/03 | 281.00 |
| 1202 ^ | | 12/03 | 401.40 |
| 1203 ^ | | 12/03 | 1,080.20 |
| 1204 ^ | | 12/03 | 282.50 |
| 1205 ^ | | 12/06 | 488.02 |
| 1206 ^ | | 12/06 | 237.27 |
| 1207 ^ | | 12/12 | 325.00 |
| 1208 ^ | | 12/12 | 83.33 |
| 1209 ^ | | 12/10 | 81.00 |
| 1210 ^ | | 12/31 | 410.81 |
| 1211 ^ | | 12/10 | 405.25 |
| 1212 ^ | | 12/13 | 119.76 |
| 1214 * ^ | | 12/13 | 463.84 |
| 1215 ^ | | 12/14 | 239.90 |
| 1216 ^ | | 12/13 | 127.82 |
| 1217 ^ | | 12/17 | 259.00 |
| 1218 ^ | | 12/17 | 221.00 |



December 01, 2018 through December 31, 2018

Account Number: ███████████7870

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|
| 1219 | Check # 1219 | Travelers Bi | Check Pymt | Arc ID: 9171572807 | 12/27 | 354.00 |
| 1221 * ^ | | | | | 12/26 | 155.18 |
| 1222 ^ | | | | | 12/24 | 417.25 |
| 1223 ^ | | | | | 12/24 | 179.00 |
| 1224 ^ | | | | | 12/27 | 119.50 |
| 1225 ^ | | | | | 12/31 | 1,230.35 |
| **Total Checks Paid** | | | | | | **$8,442.38** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | Card Purchase          12/02 Revel Systems 415-7441433 CA Card 4601 | $297.00 |
| 12/04 | Card Purchase          12/03 Trophies By Edco Inc 800-377-8646 FL Card 4601 | 192.92 |
| 12/05 | Card Purchase With Pin  12/05 Advance Auto Parts # Pompano Beach FL Card 4601 | 70.97 |
| 12/05 | Card Purchase With Pin  12/05 Publix Super Mar 370 Lighthouse PO FL Card 4601 | 6.90 |
| 12/06 | Card Purchase          12/05 Mead Direct Response, 800-5655396 IL Card 4601 | 76.49 |
| 12/06 | Card Purchase          12/05 Century Fire Protection Duluth GA Card 4601 | 79.50 |
| 12/06 | Card Purchase With Pin  12/06 Publix Super Mar 370 Lighthouse PO FL Card 4601 | 16.21 |
| 12/07 | Card Purchase          12/05 Personnel Concepts 800-333-3795 CA Card 4601 | 48.90 |
| 12/07 | Card Purchase          12/05 Personnel Concepts 800-333-3795 CA Card 4601 | 208.59 |
| 12/07 | Card Purchase With Pin  12/07 Gfs Store #1945 250 Boynton Beach FL Card 4601 | 119.66 |
| 12/07 | Card Purchase With Pin  12/07 Restaurant Depot Pompano Beach FL Card 4601 | 263.68 |
| 12/07 | Card Purchase With Pin  12/07 Publix Super Mar 370 Lighthouse PO FL Card 4601 | 9.44 |
| 12/10 | Card Purchase With Pin  12/09 Walgreens Store 1005 Deerfield Bea FL Card 4601 | 38.56 |
| 12/11 | Card Purchase          12/11 Amzn Mktp US*M03Qp3W Amzn.Com/Bill WA Card 4601 | 49.07 |
| 12/11 | Card Purchase With Pin  12/11 Lowe's #1792 Pompano Beach FL Card 4601 | 196.61 |
| 12/12 | Card Purchase          12/11 4Te*Alarm Partners 800-330-5056 FL Card 4601 | 227.98 |
| 12/12 | Card Purchase          12/11 4Te*Alarm Partners 800-330-5056 FL Card 4601 | 227.98 |
| 12/17 | Card Purchase With Pin  12/15 Restaurant Depot Pompano Beach FL Card 4601 | 528.02 |
| 12/17 | Card Purchase With Pin  12/16 Party City 549 Lighthouse PO FL Card 4601 | 6.34 |
| 12/18 | Recurring Card Purchase 12/17 Screencloud London Card 4601 | 20.00 |
| 12/21 | Card Purchase          12/21 Amzn Mktp US*M25Sh8B Amzn.Com/Bill WA Card 4601 | 84.45 |
| 12/24 | Card Purchase          12/22 Lowes #01792* Pompano Beach FL Card 4601 | 221.15 |
| 12/26 | Card Purchase          12/24 A & R Sports 201-9418875 NJ Card 4601 | 1,105.30 |
| 12/27 | Card Purchase With Pin  12/27 Wm Supercenter # Boynton Beach FL Card 4601 | 47.84 |
| 12/27 | Card Purchase With Pin  12/27 Gfs Store #1945 250 Boynton Beach FL Card 4601 | 128.43 |
| 12/27 | Card Purchase With Pin  12/27 Winn-Dixie  #03 101 Deerfield Bea FL Card 4601 | 39.17 |
| 12/31 | Card Purchase          12/28 Party City 549 Lighthouse PO FL Card 4601 | 190.78 |
| 12/31 | Card Purchase With Pin  12/31 Restaurant Depot Pompano Beach FL Card 4601 | 374.84 |
| **Total ATM & Debit Card Withdrawals** | | **$4,876.78** |

## ATM & DEBIT CARD SUMMARY

Victor William Cox  Card 4601



December 01, 2018 through December 31, 2018

Account Number: ███████ 7870



| | | |
|---|---|---|
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $4,876.78 |
| Total Card Deposits & Credits | | $0.00 |
| **ATM & Debit Card Totals** | | |
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $4,876.78 |
| Total Card Deposits & Credits | | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | Paymentech      Fee      5996996        CCD ID: 1020401225 | $1,628.61 |
| 12/03 | American Express Collection 2097782965        CCD ID: 1134992250 | 139.28 |
| 12/03 | Merchant Service Merch Fee  8032646443      CCD ID: 2841010148 | 124.94 |
| 12/03 | Constantcontact  8552295506          Web ID: 0009268834 | 45.00 |
| 12/04 | American Express Axp Discnt 2097782965        CCD ID: 1134992250 | 368.22 |
| 12/05 | Teco/People Gas  Utilitybil 211009154116    Web ID: 2803339001 | 1,730.11 |
| 12/05 | Infinite Energy  8773425434 911314170339      PPD ID: 1593244997 | 1,325.08 |
| 12/05 | Waste Management Internet   043000097284444 Web ID: 9049038216 | 505.17 |
| 12/05 | Suburban Propane Payment    Spppay004073707 CCD ID: 9204554002 | 392.26 |
| 12/05 | Waste Management Internet   043000097312862 Web ID: 9049038216 | 293.16 |
| 12/05 | Ez Facility      Club Fees  10000006018      PPD ID: 1461970291 | 159.00 |
| 12/06 | Phila Ins CO     Ins IN    81853534        PPD ID: 2316092819 | 1,492.66 |
| 12/06 | Usaepay          1118 Billi              CCD ID: Rf00011910 | 49.00 |
| 12/07 | Cheney Brothers  A/R Paymnt 60020517        PPD ID: 1591003104 | 2,042.12 |
| 12/12 | 12/12 Domestic Wire Transfer A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Client Number: 0903-17079027 Trn: 3978500346Es | 17,187.36 |
| 12/12 | Fpl Direct Debit Elec Pymt  8988576230 Webi Web ID: 3590247775 | 4,760.15 |
| 12/12 | Fpl Direct Debit Elec Pymt  2612886230 Webi Web ID: 3590247775 | 1,954.22 |
| 12/13 | 12/13 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Pmma Investments LLC Windemere FL 34786 US Ref:/Time/08:03 Imad: 1213B1Qgc07C004506 Trn: 3712100347Es | 21,200.00 |
| 12/13 | Affordable Repai Sale              CCD ID: 9215986202 | 16.00 |
| 12/14 | Fla Dept Revenue C01      67141907        CCD ID: 7596001874 | 5,558.51 |
| 12/18 | Ipfs800-791-7901 Ipfspmtgaa 740710        CCD ID: 8331659615 | 2,422.26 |
| 12/20 | Cheney Brothers  A/R Paymnt 60020517        PPD ID: 1591003104 | 1,021.37 |
| 12/20 | Comcast      Cable      2968430      Web ID: 0000213249 | 602.01 |
| 12/20 | Waste Management Internet   043000097403402 Web ID: 9049038216 | 505.17 |
| 12/21 | Fpl Direct Debit Elec Pymt  8988576230 Webi Web ID: 3590247775 | 4,760.15 |
| 12/21 | Fpl Direct Debit Elec Pymt  2612886230 Webi Web ID: 3590247775 | 1,954.21 |
| 12/27 | 12/27 Domestic Wire Transfer A/C: Paychex of New York LLC West Henrietta NY 14586- Ref: Paychex Client Number: 0903-17079027 Trn: 3981400361Es | 18,789.88 |
| 12/31 | 12/31 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Pmma Investments LLC Windemere FL 34786 US Ref:/Time/17:04 Imad: 1231B1Qgc07C047101 Trn: 7663000365Es | 21,200.00 |
| 12/31 | Normandy Harbor  Sigonfile  5Drf7B        PPD ID: 9000240653 | 718.00 |
| **Total Electronic Withdrawals** | | **$112,943.90** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Service Charges For The Month of November | $93.59 |
| **Total Fees** | | **$93.59** |



You were charged a monthly service fee of $30.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $23,786.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 12/03 | $27,378.58 | 12/12 | 27,194.56 | 12/21 | 18,648.07 |
| 12/04 | 33,012.31 | 12/13 | 7,138.27 | 12/24 | 30,427.78 |
| 12/05 | 31,277.46 | 12/14 | 10,331.08 | 12/26 | 31,343.34 |
| 12/06 | 30,378.68 | 12/17 | 16,584.86 | 12/27 | 15,906.47 |
| 12/07 | 29,956.64 | 12/18 | 20,609.68 | 12/28 | 19,457.35 |
| 12/10 | 39,932.62 | 12/19 | 22,979.32 | 12/31 | 12,895.80 |
| 12/11 | 42,801.72 | 12/20 | 24,202.39 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $30.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $86.55 |
| **Total Service Charges** | **$116.55**  Will be assessed on 1/4/19 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 81 |
| Deposits / Credits | 87 |
| Deposited Items | 7 |
| **Total Transactions** | **175** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT** 000000628827870 | | | | | |
| Monthly Service Fee | 1 | | | $30.00 | $30.00 |
| Transactions | 175 | 0 | 175 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$30.00** |
| **Other Fees** | | | | | |
| Electronic Items Deposited | 3 | 999,999,999 | 0 | $0.40 | $0.00 |
| Electronic Credits | 55 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 120 | 250 | 0 | $0.40 | $0.00 |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $34,620 | $20,000 | $14,620 | $0.0025 | $36.55 |
| Domestic Wire Fee | 2 | 2 | 0 | $35.00 | $0.00 |
| Online Domestic Wire Fee | 2 | 0 | 2 | $25.00 | $50.00 |
| Branch Order - Coin Roll | 128 | 0 | 128 | $0.00 | $0.00 |
| Currency Straps Ordered | 20 | 0 | 20 | $0.00 | $0.00 |
| Online - Positive Pay Exception | 1 | 0 | 1 | $0.00 | $0.00 [1] |
| **Total Service Charge (Will be assessed on 1/4/19)** | | | | | **$116.55** |
| **ACCOUNT** 000000628827870 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Items Deposited | 3 | | | | |
| Electronic Credits | 55 | | | | |
| Non-Electronic Transactions | 120 | | | | |



## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $34,620 | | | | |
| Domestic Wire Fee | 2 | | | | |
| Online Domestic Wire Fee | 2 | | | | |
| Branch Order - Coin Roll | 128 | | | | |
| Currency Straps Ordered | 20 | | | | |
| Online - Positive Pay Exception | 1 | | | | |

[1] This charge represents a service provided in a previous month.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



December 01, 2018 through December 31, 2018

Account Number: ███████ **7870**

This Page Intentionally Left Blank